HEARING DATE: 12/18/2018
HEARING TIME: 9:30 M
HEARING PLACE: Utica, NY

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In re:

Stephanie A. Mazloom,

Debtor.

Case No.: 18-60206-6

Chapter 7

### NOTICE OF WITHDRAW OF MOTION FOR SANCTIONS AND NOTICE OF MOTION AND UNOPPOSED MOTION FOR DISCHARGE ORDER

Stephanie A. Mazloom ("Debtor") hereby withdraws the Motion for Sanctions for Violations of the Discharge Injunction (ECF 23) and moves this Court for an Order specifically discharging the student loans listed on Debtor's Chapter 7 Petition for Bankruptcy Schedule E/F § 4.15 (ECF 1), in an amount totaling $78,727.01.

Pursuant to agreement with ReliaMax Surety Company, the real party in interest and successor in interest to Debtor's loans with ReliaMax Lending Service, LLC, the creditor identified in § 4.15 (collectively referred to as "ReliaMax"), ReliaMax does not contest Debtor's request for discharge.

Accordingly, Debtor seeks entry of the proposed order attached here as <u>Exhibit</u> A.

Dated: December 11, 2018

_____
Jay G. Williams III, Esq.
Bar Roll No. 501318
Attorney for the Debtor
FELT EVANS, LLP
4-6 North Park Row
Clinton, NY 13323
Tel (315) 853-4436