So Ordered.

Signed this 17 day of December, 2018.

Diane Davis
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

---

In re:

Stephanie A. Mazloom,

Debtor.

Case No.: 18-60206-6

Chapter 7

---

### DISCHARGE ORDER

On Debtor's Unopposed Motion for Discharge of the student loans listed on Debtor's Chapter 7 Petition for Bankruptcy Schedule E/F § 4.15, in an amount totaling $78,727.01, Debtor's Unopposed Motion is hereby GRANTED and the loans are DISCHARGED.

####

3

ACTIVE\81452537.v2-12/10/18